FILED
OCT 21 2008

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

ANITA F. RUSHING,       )
            )
      Plaintiff,        )     Civil Case No. 07-1124-PK
            )
vs.                  )     ORDER
            )
MICHAEL J. ASTRUE,      )
Commissioner of Social Security   )
Administration,           )
            )
      Defendant.      )
                                )

Max Rae
P. O. Box 7790
Salem, Oregon 97303

      Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902

Page 1 - ORDER

David Morado
Regional Chief Counsel
Stephanie R. Martz
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075

      Attorneys for Defendant

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and

Recommendation on September 8, 2008. The matter is before this court. See 28 U.S.C. §

636(b)(1)(B) and Fed. R. Civ. P. 72(b). Plaintiff has filed objections, and the Commissioner has

filed a response.

When either party objects to any portion of a magistrate's Findings and Recommendation

concerning a dispositive motion or prisoner petition, the district court must make a *de novo*

determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ.

P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309,

1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in the objections to the Findings and

Recommendation, I find no error.

///

///

Page 2 - ORDER

Accordingly, I ADOPT Judge Papak's Findings and Recommendation (#18). The

decision of the Commissioner is AFFIRMED.

Dated this _____ 21 _____ day of October, 2008.

_____

Garr M. King
United States District Judge