FILED
OCT 2 1 2008

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ANITA F. RUSHING,              )
                                        )
          Plaintiff,       )      Civil Case No. 07-1124-PK
                                          )
vs.                        )      JUDGMENT
                                        )
MICHAEL J. ASTRUE,         )
Commissioner of Social Security    )
Administration,                 )
                                        )
         Defendant.      )
_____  )

Max Rae
P. O. Box 7790
Salem, Oregon  97303

       Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

Page 1 - JUDGMENT

David Morado
Regional Chief Counsel
Stephanie R. Martz
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

      Attorneys for Defendant


KING, Judge:

By Order issued October 21, 2008, this court ADOPTED the Findings and

Recommendation of Magistrate Papak.  Based on the record, IT IS ORDERED AND

ADJUDGED that the decision of the Commissioner is AFFIRMED.

Dated this _____ 21 _____ day of October, 2008.

                        _____

                        Garr M. King
                        United States District Judge

Page 2 - JUDGMENT